UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| Robert Timothy Clements, and the Estate of Kimberly Nicole Clements, by and through the Temporary Administrator of her estate, Robert Timothy Clements,<br><br>Plaintiff,<br><br>v.<br><br>Homer Bell & Robbie Youngblood, in their individual capacities,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 6:13-CV-00066<br>*<br>*<br>*<br>*<br>* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all claims made in this action. All parties shall bear their own costs.

This 28th day of January, 2014.

                                              s/ Brian Spears
                                              Brian Spears
                                              Georgia Bar No. 670112
                                              1126 Ponce de Leon Avenue
                                              Atlanta, Georgia 30306
                                              404-872-7086
                                              bspears@mindspring.com

s/ Albert Wan
Albert Wan
Georgia Bar No. 334224
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361
(404) 872-7760
albert@albertwanlaw.com

s/ Wilson Smith
Wilson Smith
Georgia Bar No. 665025
Smith and Jenkins, P.C.
P.O. Box 529
Vidalia, Georgia 30475-0529
912-537-4330
wrsmith@smithandjenkins.com

**Attorneys for Plaintiff**

Stipulated to by:

s/ Steven G. Blackerby
Steven G. Blackerby
Georgia Bar No. 141250
Brown, Readdick, Bumgartner, Carter,
Strickland & Watkins, LLP
P. O. Box 220
Brunswick, GA 31521-0220
(912) 264-8544
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

This is to certify that I have on the 28th day of January, 2014, served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

                s/ Brian Spears
                Brian Spears
                Georgia Bar No. 670112
                1126 Ponce de Leon Avenue
                Atlanta, Georgia 30306
                404-872-7086
                bspears@mindspring.com